UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)    DENNIS TAYLOR, <br> 2)    SEAN McDONALD and <br> 3)    TIKA McDONALD INDIVIDUALLY <br>        AND ON BEHALF OF ALL OTHERS <br>        SIMILARLY SITUATED, <br><br>        PLAINTIFFS, <br><br> v. <br><br> 4)    MICHELIN NORTH AMERICA, <br>        INC., <br><br>        DEFENDANT. | Case No. 4:14-cv-00293-JED-TLW |

**MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER J. SCHMIDT**

I, Connie M. Bryan, a member in good standing of the bar of the State of Oklahoma and co-counsel for Michelin North America, Inc. Defendant, hereby moves this Court, pursuant to the Local Civil Rules of the United States District Court for the North District of Oklahoma LCvR83.2(g), for the admission *pro hac vice* of Attorney Christopher J. Schmidt, Bryan Cave, LLP, 211 N. Broadway, Suite 3600, St. Louis, MO 63102, to appear and defend Michelin North America, Inc. in the above-captioned matter. The following facts support this Motion:

1. Attorney Christopher J. Schmidt, has associated with Connie M. Bryan, McCormick & Bryan, PLLC, 3500 S. Boulevard, Suite 10B, Edmond, OK 73013. Connie M. Bryan is co-counsel for Defendant Michelin North America, Inc. and has entered an appearance in this matter.

2. The highest state courts in which Attorney Schmidt has been admitted are the Supreme Court for the State of Missouri (2002) and the Supreme Judicial Court for the State of Illinois (2008). Attorney Schmidt has also been admitted to five United States District Courts and the Court of Appeals for the Seventh Circuit. (See Request for Admission Pro Hac Vice, attached at

Exhibit "A".)

3. I hereby certify that Attorney Schmidt is a member in good standing with all of the courts listed on Exhibit A.

4. Attorney Schmidt has represented Michelin North America since its receipt of Plaintiffs' initial Petition and is familiar with the subject matter of this action and the proceedings herein to date. Accordingly, Defendant, Michelin North America, has requested that he represent it as co-counsel with Connie M. Bryan in this action.

5. Attorney Schmidt has never been disbarred or suspended from practice before any court, department bureau or commission of any State or the United States, nor has Attorney Schmidt ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the Bar.

6. Attorney Schmidt is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the Local Rules of the Northern District of Oklahoma.

7. The *pro hac vice* admission fee is being paid instantaneously with the filing of this Motion.

Wherefore, Connie M. Bryan, respectfully requests this Court to enter an order permitting the admission of Attorney Christopher J. Schmidt, to the Northern District of Oklahoma *pro hac vice* for this case only.

Respectfully submitted,

By: /s/Connie M. Bryan
Connie M. Bryan
MCCORMICK & BRYAN, PLLC
3500 S. Boulevard, Suite 10B
Edmond, OK 73013
Ph:   405.562-6800
Fx:   405.216-3602
Cell: 405-625-6395

cbryan@mccormickbryan.com


Peter W. Herzog (pro hac vice pending)
Christopher J. Schmidt (pro hac vice pending)
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Ph:    (314) 259-2353
Fx:    (314) 552-8353
peter.herzog@bryancave.com
cjschmidt@bryancave.co m

Attorneys for Defendant Michelin North America, Inc.

The undersigned attorney has sent a copy of this Motion for Admission Pro Hac Vice on the 11th day of June, 2014, via U.S. Postal Service, postage pre-paid to the Plaintiffs to the following:


Benjamin L. Barnes
Centennial Plaza
2575 Kelley Pointe Parkway, Suite 100
Edmond, OK 73013

and

R. Chris Cowan
The Cowan Law Firm
209 Henry Street
Dallas, Texas 75226-1819


                By:   /s/ Connie M. Bryan
                       Connie M. Bryan, OBA #13664
                       cbryan@mccormickbryan.com
                       McCORMICK & BRYAN, PLLC
                       3500 S. Boulevard, Suite 10B
                       Edmond, Oklahoma  73013
                       Telephone:    405-562-6800
                       Facsimile:     405-216-3602

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

DENNIS TAYLOR, et al.

    Plaintiff(s)

vs.

MICHELIN NORTH AMERICA, INC.,
    Defendant(s)

Case Number: 4:14-cv-00293-JED-TLW

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Christopher John Schmidt

2. State bar membership number: 53362 (Missouri)

3. Business address, telephone and fax numbers: Bryan Cave LLP, 211 N. Broadway, Suite 3600, St. Louis, MO 63102
   Direct: (314) 259-2616; Fax: (314) 552-8616

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Missouri; Illinois; USDC SDIL; USDC CDIL; USDC WDMO; USDC EDMO; USDC EDAR; 7th Circuit Crt of Appeals

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

Signature *[signature]*

Christopher J. Schmidt
Printed Name

53362 (Missouri)
Bar Number

BRYAN CAVE LLP
Firm Name

211 N. Broadway, Suite 3600
Address

Saint Louis
City

MO
State

63102
ZIP

(314) 259-2616
Phone

(314) 552-8616
Fax

cjschmidt@bryancave.com
Email Address

Motion for Admission Pro Hac Vice     1     AT-05 (6/06)

**EXHIBIT "A"**

## CERTIFICATE OF SERVICE

I hereby certify that on    June   , 2014,    (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Benjamin L. Barnes, Centennial Plaza, 2575 Kelley Pointe Parkway, Suite 100, Edmond, OK  73013

R. Chris Cowan, The Cowan Law Firm, 209 Henry Street, Dallas, TX  75226-1819

I hereby certify that on            (Date), I served the same document by
- ☐ U.S. Postal Service
- ☐ In Person Delivery
- ☐ Courier Service
- ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature

BAR ADMISSIONS

Christopher J. Schmidt

| | | |
|---|---|---|
| Supreme Court of Missouri | 9/18/2002 | Missouri Bar # 53362 |
| Supreme Court of Illinois | 10/15/2008 | Illinois Registration # 6295695 |
| US District Court, EDMO | 11/22/2002 | |
| US District Court, WDMO | 5/13/2005 | |
| US District Court, SDIL | 11/7/2003 | |
| US District Court, CDIL | 2006 | |
| US District Court, ED Arkansas | 9/28/2006 | |
| 7th Circuit Court of Appeals | 5/16/2008 | |